IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARIUS CHRISTOPHER JOHNSON, )<br>   )<br>    Petitioner,   )<br>   )<br>    v.   )<br>   )<br>LEON FORNISS, Warden,   )<br>Staton Correctional   )<br>Facility; and LUTHER   )<br>STRANGE, Attorney General   )<br>of the State of Alabama,   )<br>   )<br>    Respondents.   ) | CIVIL ACTION NO.<br>  2:11cv151-MHT<br>      (WO) |

OPINION

Pursuant to 28 U.S.C.A. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of January, 2014.


                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE